IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD GALLAGHER, Executor of the Estate of ANTHONY GALLAGHER, Deceased, and KATHLEEN GALLAGHER, In her own right,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED GLOVE CORPORATION , et al.,<br><br>Defendants. | CIVIL ACTION NO. 2:12-CV-01259-AJS |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, through their undersigned counsel, voluntarily dismiss the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and aver as follows:

1. Plaintiffs have not been served with an answer or a motion for summary judgment by any adverse party in this action.

WHEREFORE, Plaintiffs voluntarily dismiss this action.

Dated: September 5, 2012                                             Respectfully submitted,

                                                                                           */s/ Jeffrey V. Mansell*
                                                                                           Jeffrey V. Mansell (PA ID #202937)
                                                                                           GOLDBERG, PERSKY & WHITE, P.C.
                                                                                           1030 Fifth Ave.
                                                                                           Pittsburgh, PA  15219
                                                                                           (412) 471-3980
                                                                                           jmansell@gpwlaw.com
                                                                                           Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served upon all counsel of record via email, and via this Court's ECF system, this 5th day of September, 2012.

                                                   */s/ Jeffrey V. Mansell*
                                            Jeffrey V. Mansell (PA ID #202937)
                                            Counsel for Plaintiffs